**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

625 3rd STREET ASSOCIATES, LP, etc.,                    No. C09-0564 EMC

                    Plaintiff,

        v.

                                                         **ORDER OF RECUSAL**

ALLIANT CREDIT UNION, et al.,

                    Defendants.
_____/


        This Court, on its own motion, hereby recuses itself from any and all further proceedings in this

matter.

                IT IS SO ORDERED.


Dated:  February 10, 2009

                                                         _____
                                                         EDWARD M. CHEN
                                                         United States Magistrate Judge