

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 625 3rd STREET ASSOCIATES, LP, a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, an Illinois corporation; STANLEY ABRAMS, an individual; and DOES 1-15, inclusive,<br>Defendant. | CASE NO. 3:09-CV-00564-WHA<br><br>(~~Proposed~~)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

JOSEPH G. BISCEGLIA, whose business address and telephone number is
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312.923.2784

and who is an active member in good standing of the bar of ILLINOIS SUPREME COURT having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ALLIANT CREDIT UNION, an Illinois corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 13, 2009



Hon. WM. H. ALSUP
United States District Judge