RECEIVED

09 APR -2 PM 2:57

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3rd STREET ASSOCIATES, LP, a California Limited Partnership,

Plaintiff,

v.

ALLIANT CREDIT UNION, an Illinois corporation; STANLEY ABRAMS, an individual; and DOES 1-15, inclusive,

Defendant.

CASE NO. 3:09-CV-00564-WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

CHAD E. BELL, whose business address and telephone number is
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312.923.2784

and who is an active member in good standing of the bar of ILLINOIS SUPREME COURT having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ALLIANT CREDIT UNION, an Illinois corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: April 13, 2009

IT IS SO ORDERED
Judge William Alsup

Hon. WILLIAM H. ALSUP
United States District Judge