JEFFREY G. KNOWLES (State Bar No. 129754)
ALLISON L. EHLERT (State Bar No. 230362)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com,
ef-ale@cpdb.com

Attorneys for Defendant
ALLIANT CREDIT UNION

MICHAEL A. BISHOP (SBN 105063)
Matheny Sears Linkert & Jaime
3638 American River Drive
Sacramento, CA 95853-4711
Telephone: 916-978-3434
Facsimile: 916-978-3430
Email: mbishop@msll.com

Attorneys for Defendant
STANLEY ABRAMS

Andrew R. Wiener, Esq. (SBN 115254)
LAW OFFICE OF ANDREW R. WIENER
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 365-4002
Facsimile: (415) 391-0555

Attorneys for Plaintiff
625 3RD STREET ASSOCIATES, LP

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 625 3RD STREET ASSOCIATES, LP, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT CREDIT UNION, An Illinois corporation, STANLEY ABRAMS, an individual, and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. CV 09-0564 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR COMPLIANCE WITH ADR RULES [L.R.16-8(b) & ADR L.R. 3-5(b) & (c)]** |

13809.001.1118426v1
1
Case No. CV 09-0564 WHA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR COMPLIANCE WITH ADR RULES [L.R. 16-8(b) & ADR L.R. 3-5(b) & (c)]

Case3:09-cv-00564-WHA Document48 Filed04/22/09 Page2 of 5

The parties to this action hereby stipulate to an order from the Court extending the deadline for their compliance with ADR Rules, pursuant to Civil Local Rule 16-8(b) and ADR Local Rules 3-5(b) & (c), unless rendered moot, until five days after service of the ruling on the motion to remand. There is good cause for such an Order, in light of the following facts.

1. On December 30, 2008, Plaintiff 625 3RD STREET ASSOCIATES, LP ("Plaintiff") filed this action in the Superior Court of California, County of Alameda.

2. On February 6, 2009, Defendant ALLIANT CREDIT UNION ("Defendant") filed a Notice of Removal of that case.

3. On February 6, 2009, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. That Order set April 22, 2009 as the deadline for the parties to comply with ADR Rules, pursuant to Civil Local Rule 16-8(b) and ADR Local Rules 3-5(b) & (c).

4. On February 27, 2009, Plaintiff filed a motion to remand.

5. On April 16, 2009, the parties appeared before this Court for a hearing on Plaintiff's motion for remand. The Court took the matter under submission.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13809.001.1118426v1 2 Case No. CV 09-0564 WHA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR COMPLIANCE WITH ADR RULES [L.R. 16-8(b) & ADR L.R. 3-5(b) & (c)]

Because the motion to remand is currently under submission, the parties herby stipulate to, and request that the Court enter, an order extending the deadline for the parties' compliance with ADR Rules, pursuant to Civil Local Rule 16-8(b) and ADR Local Rules 3-5(b) & (c), unless rendered moot, until five days after service of the ruling on the motion to remand.

DATED: April 21, 2009

COBLENTZ, PATCH, DUFFY & BASS LLP

By: ______________________
Jonathan M. Eldan
Attorneys for Defendant
ALLIANT CREDIT UNION

DATED: April ____, 2009

MATHENY, SEARS, LINKERT & JAIME LLP

By: ______________________
Michael A. Bishop
Attorneys for Defendant
STANLEY ABRAMS

DATED: April 22, 2009

LAW OFFICE OF ANDREW R. WIENER

By: ______________________
Andrew R. Wiener
Attorneys for Plaintiff
625 3RD STREET ASSOCIATES, LP

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

MATHENY SEARS Fax:916-978-3430 Apr 22 2009 17:05 P.02

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

Because the motion to remand is currently under submission, the parties herby stipulate to, and request that the Court enter, an order extending the deadline for the parties' compliance with ADR Rules, pursuant to Civil Local Rule 16-8(b) and ADR Local Rules 3-5(b) & (c), unless rendered moot, until five days after service of the ruling on the motion to remand.

DATED: April 21, 2009

COBLENTZ, PATCH, DUFFY & BASS LLP

By: ______________________________
Jonathan M. Eldan
Attorneys for Defendant
ALLIANT CREDIT UNION

DATED: April 22, 2009

MATHENY, SEARS, LINKERT & JAIME LLP

By: [signature]
N. Kate Jeffries
Attorneys for Defendant
STANLEY ABRAMS

DATED: April ____, 2009

LAW OFFICE OF ANDREW R. WIENER

By: ______________________________
Andrew R. Wiener
Attorneys for Plaintiff
625 3RD STREET ASSOCIATES, LP

13809.001.1118426v1 3 Case No. CV 09-0564 WHA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR COMPLIANCE WITH ADR RULES [L.R. 16-8(b) & ADR L.R. 3-5(b) & (c)]

Based on the foregoing stipulation of the parties, and good cause appearing, the Court hereby extends the deadline for the parties' compliance with ADR Rules, pursuant to Civil Local Rule 16-8(b) and ADR Local Rules 3-5(b) & (c), unless rendered moot, until five days after service of the ruling on the motion to remand.

**IT IS SO ORDERED.**

DATED: April 27, 2009

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge William Alsup

United States District Court Judge

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13809.001.1118426v1
4
Case No. CV 09-0564 WHA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR COMPLIANCE WITH ADR RULES [L.R. 16-8(b) & ADR L.R. 3-5(b) & (c)]