IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, LP,
a California limited partnership,

    Plaintiff,

v.

ALLIANT CREDIT UNION, an Illinois corporation, STANLEY ABRAMS, an individual, and DOES 1 through 15, inclusive,

    Defendants.
                                             /

No. C 09-00564 WHA

**ORDER SETTING HEARING FOR PLAINTIFF'S DISCOVERY DISPUTE**

      The Court is in receipt of plaintiff's letter of August 6, 2009, concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **8:00 A.M. ON AUGUST 17, 2009**, in the Court's jury room on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco. A hearing will be held at 10:30 a.m. that same day to deal with any unresolved issue(s). Please note only those attorneys who actually attend the further meet-and-confer may argue before the Court.

      Any response to plaintiff's letter is due by 5:00 p.m. on August 13, 2009.

**IT IS SO ORDERED.**

Dated: August 10, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE