Andrew R. Wiener, Esq. (SBN 115254)
LAW OFFICE OF ANDREW R. WIENER
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 365-4002
Facsimile: (415) 391-0555

Co-counsel for Plaintiff, 625 3rd Street Associates LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 625 3RD STREET ASSOCIATES, LP, a California limited partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLIANT CREDIT UNION, An Illinois corporation, STANLEY ABRAMS, an individual, and DOES 1 through 15, inclusive,<br><br>  Defendants. | **Case No. C-09-00564-WHA**<br><br>**[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT ALLIANT CREDIT UNION UPON STIPULATION** |

Pursuant to the stipulation of all parties to this action, Defendant Alliant Credit Union is hereby dismissed with prejudice from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 20, 2009.          By: _____
                                        Hon. William H. Alsup

*IT IS SO ORDERED*
/s/ William Alsup
Judge William Alsup

-1-

[PROPOSED] ORDER