IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, L.P.,
a California limited partnership,

    Plaintiff,

  v.

ALLIANT CREDIT UNION, an Illinois corporation, STANLEY ABRAMS, an individual, and DOES 1 through 15, inclusive,

    Defendant.

No. C 09-00564 WHA

**ORDER SETTING DISCOVERY HEARING**

Concerning plaintiff's discovery dispute, as outlined in its letter of May 5, 2010, counsel are **ORDERED** to attend a meet-and-confer on **WEDNESDAY, MAY 12, 2010, FROM 11:30 A.M.–2:30 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. At 2:30 p.m. that same day, the Court shall hold a hearing to resolve any remaining issue(s). Please note that only those who personally attend the meet-and-confer in the Attorney's Lounge may be heard at the hearing. Defendants' response is due by **NOON ON MONDAY, MAY 10**.

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE