UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 625 3RD STREET ASSOCIATES, LP, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, as Liquidating Agent for KAIPERM FEDERAL CREDIT UNION, a federally chartered credit union, and KAIPERM FEDERAL CREDIT UNION, a federal credit union, principally located in Oakland, California,<br><br>Defendant. | Case No.  C 09-03820 WHA<br><br>(Related to Case No. C 09-0564 WHA)<br><br>**APPLICATION AND [PROPOSED] ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE FEDERAL BUILDING**<br><br>Date:      September 27, 2010<br>Time:      7:30 a.m.<br>Courtroom  9, 19th Floor<br>Judge      William H. Alsup |

Defendant National Credit Union Administration Board, acting as Liquidating Agent for Kaiperm Federal Credit Union, hereby requests an order allowing Defendant to bring electronic equipment into the Federal Building located at 450 Golden Gate Avenue, San Francisco, California from September 27, 2010 through October 15, 2010. The electronic equipment Defendant requests an order to bring into the Federal Building is as follows:

1.  Dell Vostro Laptop, Model No. 1500

| | | |
|---|---|---|
| 1 | 2. LCD Projector | |
| 2 | 3. Projector Screen | |

DATED: September 16, 2010

LOMBARDI, LOPER & CONANT, LLP

By: /s/ **PETER O. GLAESSNER**
PETER O. GLAESSNER
Attorneys for Defendant, NATIONAL CREDIT UNION ADMINISTRATION BOARD, acting as liquidating agent for KAIPERM FEDERAL CREDIT UNION

IT IS SO ORDERED.

DATED: September 17, 2010.

_/s/ William Alsup_
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER
C 09-03820 WHA