IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, L.P., a California limited partnership,

    Plaintiff,

  v.

BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for the Kaiperm Federal Credit Union, KAIPERM FEDERAL CREDIT UNION, a federal credit union, and STANLEY ABRAMS, an individual,

    Defendants.
    /

No. C 09-00564 WHA
No. C 09-03820 WHA

**NOTICE REGARDING TRIAL STATUS**

    The Court fully expects this case to go to trial on Monday, and expects that the other case in the queue ahead of this case to have settled by that time. Counsel should be prepared to go to trial on Monday at 7:30 a.m.

Dated: September 21, 2010.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE