Andrew R. Wiener, Esq. (SBN 115254)
LAW OFFICE OF ANDREW R. WIENER
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 365-4002
Facsimile: (415) 391-0555

Counsel for Plaintiff, 625 3rd Street Associates LP,
a California limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 625 3RD STREET ASSOCIATES, LP, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY ABRAMS, an individual<br><br>Defendant. | Case No. C-09-00564 WHA<br>Case No. C-09-03820 WHA<br>(Consolidated)<br><br>**APPLICATION AND [PROPOSED] ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE FEDERAL BUILDING**<br><br>Trial Date:   September 27, 2010<br>Judge:         William H. Alsup<br>Courtroom:  9, 19th Floor |
| 625 3RD STREET ASSOCIATES, LP, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for Kaiperm Federal Credit Union,<br><br>Defendant. | |

Plaintiff 625 3rd Street Associates, LP hereby requests an order allowing its expert witness Bonnie J. Goldsmith to bring electronic equipment into the Federal Building located at 450 Golden

1  Gate Avenue, San Francisco, California from September 27, 2010 through October 15, 2010.  Plaintiff
2  requests an order to bring into the Federal Building the electronic equipment consisting of a **Lenovo**
3  **Thinkpad Laptop, Model No. T61**.
4
5
6  Dated: September 24, 2010

        Respectfully submitted,
        LAW OFFICE OF ANDREW R. WIENER

7
8          ANDREW R. WIENER, ESQ., Attorney for
        Plaintiff, 625 3rd Street Associates, LP
9
10  IT IS SO ORDERED.
11
12  Dated:  September 27, 2010.
13          WILLIAM H. ALSUP
        UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO FEDERAL BUILDING

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; I am employed in the County of San Francisco, California; my business address is 58 Maiden Lane, 2nd Floor, San Francisco, CA 94108. On September 24, 2010, I served on all interested parties in said case, the attached documents entitled:

**APPLICATION AND [PROPOSED] ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE FEDERAL BUILDING**

by personally placing a true copy thereof into a sealed envelope bearing the below listed addresses, with postage thereon fully prepaid, and placing said sealed and stamped envelopes in the ordinary course of business for collection and mailing that same day at the Law Office of Andrew R. Wiener, 58 Maiden Lane, Second Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of the Law Office of Andrew R. Wiener for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Michael Bishop, Esq.
N. Kate Jeffries, Attorney at Law
Matheny, Sears, Linkert & Jaime LLP
3638 American River Drive
Sacramento, California 95864

Peter O. Glaessner, Esq.
Leora Ragones, Attorney at Law
Lombardi, Loper & Conant LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, California 94612-3541

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 24, 2010, at San Francisco, California.

_____
Stella Y. Kim

[PROPOSED] ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO FEDERAL BUILDING