IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, L.P., a California limited partnership,

    Plaintiff,

  v.

BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for the Kaiperm Federal Credit Union, KAIPERM FEDERAL CREDIT UNION, a federal credit union, and STANLEY ABRAMS, an individual,

    Defendants.

No. C 09-00564 WHA
No. C 09-03820 WHA

**PROPOSED VERDICT FORM**

**FOR CHARGING CONFERENCE**

**AT CLOSE OF EVIDENCE ON TUESDAY, OCTOBER 5, 2010**

**PROVIDED TO COUNSEL ON OCTOBER 4, 2010, AT 11:45 A.M.**

YOUR ANSWERS MUST BE UNANIMOUS.

1. Has plaintiff 625 3rd Street proven that either of the following defendants committed fraud in connection with the sale-and-leaseback transaction?

|  | Yes | No |
|---|---|---|
| Kaiperm | _____ | _____ |
| Stanley Abrams | _____ | _____ |

2. If you have answered "yes" to Question 1, state the amount of damages proven by plaintiff, if any, by reason of any proven fraud.

As to Kaiperm    $_____        As to Stanley Abrams    $_____

3. Has plaintiff 625 3rd Street proven that defendant Kaiperm breached any warranties in the contract?

Yes   _____                                     No   _____

4. If you have answered "yes" to Question 3, state the amount of damages proven by plaintiff, if any, by reason of breach of warranty.    $_____

5. If you have awarded damages under both Questions 3 and 4, then state the amount of damages proven by plaintiff, eliminating any double-counting of damage items.  (This applies only to Kaiperm.)

As to Kaiperm    $_____

**CONCLUSION**

ONCE YOU HAVE ANSWERED ALL YOU NEED TO ANSWER, THE FOREPERSON SHOULD SIGN AND DATE THIS FORM.  THEN SEND OUT A NOTE THAT YOU HAVE REACHED A VERDICT.

Dated: October __, 2010.                                         _____
                                                                                               Foreperson

2