IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, L.P., a California limited partnership,

    Plaintiff,

  v.

BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for the Kaiperm Federal Credit Union, KAIPERM FEDERAL CREDIT UNION, a federal credit union, and STANLEY ABRAMS, an individual,

    Defendants.

                                                /

No. C 09-00564 WHA
No. C 09-03820 WHA

**VERDICT FORM**

(CIRCULATED TO COUNSEL AFTER THE CHARGING CONFERENCE AND BEFORE CLOSINGS)

YOUR ANSWERS MUST BE UNANIMOUS.

1. Has plaintiff 625 3rd Street proven that either of the following defendants committed fraud in connection with the sale-and-leaseback transaction?

|  | Yes | No |
|---|---|---|
| Kaiperm | _____ | _____ |
| Stanley Abrams | _____ | _____ |

2. If you have answered "yes" to Question 1, state the amount of damages proven by plaintiff, if any, by reason of any proven fraud. Remember, any damage you find against Mr. Abrams must also be found as against Kaiperm (in addition to any other fraud damages found by you against Kaiperm).

As to Kaiperm   $_____        As to Stanley Abrams   $_____

3. If you have awarded damages under Question 2, then state whether the fraud was oral or written or both.   Oral _____   Written _____   Both _____

4. Has plaintiff 625 3rd Street proven that defendant Kaiperm breached any warranties in the contract?
                         Yes   _____                  No   _____

5. If you have answered "yes" to Question 4, state the amount of damages proven by plaintiff, if any, by reason of breach of warranty.   $_____

6. If you have awarded damages against Kaiperm under both Questions 2 and 5, then state the total amount of damages proven by plaintiff, eliminating any double-counting of damage items. In other words, state the total amount of damage items, counting each item only once.
                                        $_____

ONCE YOU HAVE ANSWERED ALL YOU NEED TO ANSWER, THE FOREPERSON SHOULD SIGN AND DATE THIS FORM. THEN SEND OUT A NOTE THAT YOU HAVE REACHED A VERDICT.

Dated: October __, 2010.                    _____
                                                              Foreperson

2