IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, L.P., a California limited partnership,

    Plaintiff,

  v.

BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for the Kaiperm Federal Credit Union, KAIPERM FEDERAL CREDIT UNION, a federal credit union, and STANLEY ABRAMS, an individual,

    Defendants.
                                          /

No. C 09-00564 WHA
No. C 09-03820 WHA

**ORDER REGARDING PLAINTIFF'S OBJECTION TO JUDGMENT**

Plaintiff has filed an "objection to content of judgment filed by the Court on October 7, 2010; request for corrections thereto." As the undersigned stated to the parties yesterday after hearing the jury verdict, if the parties wish to bring a motion to amend the judgment, they should file a properly noticed motion pursuant to Federal Rule of Civil Procedure 59(e) and Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: October 8, 2010.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE