IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

625 3RD STREET ASSOCIATES, L.P., a California limited partnership,

    Plaintiff,

  v.

BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for the Kaiperm Federal Credit Union, KAIPERM FEDERAL CREDIT UNION, a federal credit union, and STANLEY ABRAMS, an individual,

    Defendants.
                                   /

No. C 09-00564 WHA
No. C 09-03820 WHA

**SCHEDULING ORDER**

Plaintiff has filed a motion to amend the judgment and for attorney's fees and defendant NCUA has filed a motion for attorney's fees. Both were noticed for a hearing on December 16, 2010. This order **VACATES** the hearing on December 16, 2010, and re-sets the hearing for **DECEMBER 2, 2010, AT 8:00 A.M.** The parties may oppose each other's motions by **NOVEMBER 12, 2010, AT NOON**. Any replies must be filed by **NOVEMBER 19, 2010, AT NOON**.

In the remaining briefing on the rescission issue and at oral argument, the parties must address the possible significance of the following decisions: *Holmberg v. Armbrecht*, 327 U.S. 392, 394–95 (1946); and *Clearfield Trust Co. v. United States*, 318 U.S. 363, 366–67 (1943).

**IT IS SO ORDERED.**

Dated:  November 4, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE