IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| 625 3RD STREET ASSOCIATES, L.P., a California limited partnership,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF THE NATIONAL CREDIT UNION ADMINISTRATION, in its capacity as liquidating agent for the Kaiperm Federal Credit Union, KAIPERM FEDERAL CREDIT UNION, a federal credit union, ALLIANT CREDIT UNION, an Illinois corporation, and STANLEY ABRAMS, an individual,<br><br>    Defendants. | No. C 09-00564 WHA<br>No. C 09-03820 WHA<br><br>**ORDER REGARDING LETTERS OF COUNSEL AND THE HEARING ON DECEMBER 2, 2010** |

Counsel for the NCUA has filed a letter stating that it is "willing to waive oral argument" on motions scheduled to be heard on December 2, at 8:00 a.m. Counsel for Stanley Abrams has filed a letter stating that "we have no objection to waiving oral argument." Plaintiff has not been heard from.

So there is no confusion, the parties must appear at the hearing as scheduled.

**IT IS SO ORDERED.**

Dated: December 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE